UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PATRICK CALDWELL,<br><br>　　　　　Defendant. | No. CR-05-168-LRS-4<br><br>UNOPPOSED ORDER MODIFYING RELEASE CONDITIONS AND RELEASING DEFENDANT FROM GEIGER CORRECTIONS FACILITY TO HIS MOTHER AND STEPFATHER |

At the unopposed recommendation of Defendant's supervising Pretrial Services Officer, the Defendant shall be released to live with his mother and stepfather. Defendant previously was released to live in a Community Corrections Center. The conditions of release in this court's Orders filed August 29, 2005, and March 6, 2006, are **MODIFIED** as follows:

　　1.　Defendant shall reside with his mother and stepfather pending the Defendant's sentencing, currently scheduled for July 18, 2006. Defendant's mother and stepfather have agreed to supervise the Defendant, and they shall report any violations of conditions of release to the U.S. Probation Office. Defendant's siblings may assist with the supervision of Defendant. Defendant shall complete and return to the court an updated A.O. Form 199C within two business days of release. Defendant shall contact his supervising Pretrial Services Officer within two business days of his release.

UNOPPOSED ORDER MODIFYING RELEASE CONDITIONS
AND RELEASING DEFENDANT FROM GEIGER CORRECTIONS
FACILITY TO HIS MOTHER AND STEPFATHER - 1

2.   In addition to having no contact with co-defendants or witnesses, except in the presence of counsel (condition of release no. 13, Ct. Rec. 11), Defendant shall not have contact, direct or indirect, with convicted felons or others engaged in criminal activity.  In addition, Defendant shall not have unsupervised contact with his sister Jan Bunton.

3.   Defendant shall have a curfew of **10:00 p.m. to 7:00 a.m.**

4.   Defendant shall undergo urinalysis testing at the direction of the U.S. Probation Office, but no more than six times per month.

All other conditions of release shall remain in effect.

**IT IS SO ORDERED.**

05cr1DATED May 18, 2006.

                            S/ CYNTHIA IMBROGNO
                         UNITED STATES MAGISTRATE JUDGE